IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ODDALIA LOPEZ APONTE,**<br><br>Plaintiff<br><br>VS.<br><br>**COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO; VIVIANA BEAUCHAMP,**<br><br>Defendants | CIVIL NO:<br><br>Tort Liability for Damages;<br>Personal Injury<br><br><br>Plaintiff Demand<br>Jury Trial |

## COMPLAINT

**TO THE HONORABLE COURT:**

Comes now Plaintiff, through the undersigned counsel, and very respectfully STATES, ALLEGES and PRAYS:

### I. The Parties

1. Plaintiff **ODDALIA LOPEZ APONTE ("ODDALIA")** is of legal age, is a citizen of the State of Florida and has her domicile at 2573 Bluegill Street, Orlando, Fl. 32839; Tel. (321) 914-2616.

2. Defendant **COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO** ("Cooperativa") is an insurance company organized under the laws of Puerto Rico or of a state other than Florida, with principal place of business in San Juan, Puerto Rico.

3. Defendant **VIVIANA BEAUCHAMP ("BEAUCHAMP")** is a domiciled of Puerto Rico.

### II. JURISDICTION AND STATUTE OF LIMITATION

4. This action is of a civil nature for a judgment for damages for physical injuries, mental anguish and sufferings and special damages pursuant to Articles 1802 and 1803 of the Civil Code

of Puerto Rico, 31 L.P.R.A § 5141, 5142, involving, exclusive of interests and costs, a sum in excess of $75,000.00. Every issue of law and fact involved in this case is wholly between citizens of different states. Plaintiff invokes the diversity jurisdiction of this Honorable Court pursuant to the provisions of the Constitution of the United States of America, Article III, Section 2 and Title 28 United States Code, Section 1332 (a)(1).

### III. Facts

5. On June 20, 2016, Oddalia was driving in Road 52, km 28, when she saw through her vehicle's mirrors a white car approaching her at a great speed. Unable to change lanes because of incoming traffic, she was rear-ended by Beauchamp who was negligently driving her car at a speed greater than allowed by law or as required under the circumstances and at a rate that made Beauchamp incapable of controlling her vehicle and avoid impacting Oddalia. This accident occurred only as a consequence of the negligence of Beauchamp.

6. As a result of the negligence of Beauchamp, Oddalia suffered multiple body traumas, particularly in her head, face, neck and back, that required medical treatment and therapies. Oddalia is at present time limited in her movements and suffers from constant pain, all of which has caused and continues causing profound physical, mental and emotional anguish. Oddalia has been hard press to carry out her job and daily activities, including common household chores. Oddalia is also concerned about her condition because despite the almost a year that has elapsed since this accident she feels pain and suffers from limitations in her general physiological functions.

7. As the result of the accident caused by Beauchamp and as fair compensation for all the damages suffered, Oddalia is entitled to an amount of not less than one hundred twenty-five thousand dollars ($125,000.00). This amount includes physical injuries and the resulting physical pain, mental anguish, incurred medical expenses which exceed $6,000.00, prescription medicines,

therapies had and to be had and other expenses incurred and to be incurred. Beauchamp and Cooperativa are jointly liable for all of these damages.

8. Cooperativa is the insurance company of defendant Viviana Beauchamp or of the car she was driving at the time of the accident object of this case covering the damages claimed in this complaint and, therefore, is jointly liable for those damages.

### IV. JURY TRIAL

9. Plaintiff demands trial by jury.

**WHEREFORE**, Plaintiff respectfully requests from this Honorable Court a judgment against Defendants in the amounts listed above and to order the defendants, jointly and severally, to pay for the damages sustained by Plaintiff, as well as an amount for costs and attorney's fees.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on the 15th day of June, 2017.

*s/ Humberto Guzmán-Rodríguez*
**HUMBERTO GUZMÁN-RODRÍGUEZ**
USDC-PR 128308
PMB 733
1353 Ave. Luis Vigoreaux
Guaynabo, PR 00966
Tel: (787) 767-7502
Fax: (787) 200-7399
hguzman@grllaw.net