# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ODALIA LOPEZ-APONTE

   Plaintiff(s)

vs.

COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, et al.,

   Defendant(s)

Civil Case No. 17-1811 (ADC)

**JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on December 13, 2017.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 15th day of December, 2017.

                                      FRANCES RIOS DE MORAN
                                      Clerk of the Court

                                      By: s/Sarah V. Ramón
                                           Sarah V. Ramón, Deputy Clerk